IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIVIAN WILLIAMS, et al.,<br><br>Plaintiffs,<br>v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,<br><br>Defendant. | CIVIL ACTION NO. 12-2263<br><br>(JUDGE SLOMSKY) |

## ORDER

Based and in reliance upon the Joint Stipulation of the Parties, in which counsel for the parties have represented that this case may be resolved through private mediation, the Court orders as follows:

1. The Clerk of Court shall place this case in the SUSPENSE DOCKET;

2. Counsel shall report to the Court by letter beginning 30 days after the entry of this Order, and every 30 days thereafter, regarding the status of this matter and/or the private mediation.

**IT IS SO ORDERED.**

Dated: MAY 7, 2013

_Joel Slomsky_
Honorable District Court
Judge Joel Slomsky

SL1 1202069v2 007344.00076

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIVIAN WILLIAMS, et al.,<br><br>Plaintiffs,<br>v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,<br><br>**Defendant.** | CIVIL ACTION NO. 12-2263<br><br>(JUDGE SLOMSKY) |

**Joint Stipulation for Court to Approve Mediation and Suspend Case**

The parties, through their undersigned counsel, stipulate and agree to the following:

1. On April 26, 2012, Plaintiffs filed the Complaint in this action, seeking relief under the Fair Labor Standards Act.

2. On May 21, 2012, SEPTA filed its Answer to the Complaint.

3. On November 9, 2012, the parties informed the Court that they wished to participate in the mediation of this case, without prejudice to their rights should the mediation fail to result in a settlement.

4. On November 26, 2012, the Court entered an Order approving the Parties' Notice and Consent to Join Form, and further ordering the Parties to distribute the Notice and to allow recipients 45 days to return a Consent to Join Form in order to participate in the lawsuit as a party Plaintiff.

5. The Court-approved Notice has been distributed to all potential opt-in Plaintiffs, and the 45-day period for those potential Plaintiffs to return a Consent to Join Form has elapsed. Approximately 235 Plaintiffs have now joined this action.

6. The Parties are now prepared to engage in the mediation of this matter.

1

SL1 1230580v2 007344.00076

7. Accordingly, the Parties hereby request that this Court place this matter on its Suspense Docket pending the outcome of the mediation.

8. Within 45 days from the Court's entry of an Order placing this case on the Suspense Docket, the Parties agree to select a mutually agreeable private mediator to help resolve this matter, and to share the cost of the mediation equally, with one-half paid by Plaintiffs, and one-half paid by SEPTA.

9. The Parties shall report to the Court by letter beginning 30 days after the entry of the Court's Order, and every 30 days thereafter, regarding the status of this matter and/or the private mediation.

Dated: May 7, 2013                                  Dated: May 7, 2013

s/ Bruce Bodner                                     s/ Jo Bennett
Bruce Bodner, Esq.                                  Jo Bennett, Esq.
KAUFMAN, COREN & RESS, P.C.                         STEVENS & LEE, P.C.
2001 Market St., Suite 3900                         1818 Market St., 29th Floor
Two Commerce Square                                 Philadelphia, PA 19103
Philadelphia, PA 19103                              (215) 751-2883
(215) 735-8700                                      jb@stevenslee.com
bbodner@kcr-law.com                                 Attorneys for Defendant
Attorneys for Plaintiffs

2